J-A01031-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| ANTWYNE WHALEY | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| STELLA ONE, LLC, MARIA RIOS, AND | : | No. 1217 EDA 2024 |
| PEGGY CASTANEDA | : | |

Appeal from the Order Entered March 15, 2024
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): 230601835

BEFORE: DUBOW, J., KING, J., and SULLIVAN, J.

JUDGMENT ORDER PER CURIAM:         **FILED DECEMBER 05, 2024**

Antwyne Whaley ("Whaley") appeals *pro se* from the order sustaining the preliminary objections to his second amended complaint filed by Stella One LLC, Maria Rios, and Peggy Castenada ("Appellees"). We remand and strike the case from the argument list.

Whaley appeals the sustaining of preliminary objections to his second amended complaint asserting that Appellees, his landlords, negligently repaired his apartment causing damage to personal property. Whaley's brief asserts, *inter alia*, the trial court abused its discretion by sustaining Appellee's preliminary objections and imposing sanctions. Appellees have not filed a brief. In its Rule 1925(a) Opinion, the trial court confesses error. It recognizes Whaley substantially complied with the court's request to include a copy of his lease with his second amended complaint. The trial court requests this Court remand the case so that the court may vacate the order

sustaining preliminary objections to the second amended complaint and imposing sanctions and grant Whaley leave to file a third amended complaint that fully complies with the trial court's order. *See* Trial Court Opinion, 6/14/24, at 3. Because Appellee has not objected to the trial court's confession of error and request for remand and has not filed an appellate brief, we remand to the trial court for further proceedings consistent with the court's 1925(a) opinion.

Case remanded. Jurisdiction relinquished. Case stricken from argument list.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 12/5/2024